# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134189 & (66)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MOHAMMED HASSAN AL-KHALIL,
     Defendant-Appellant.

SC: 134189
COA: 266096
Saginaw CC: 04-024416-FC

_____/

On order of the Court, the application for leave to appeal the April 26, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.

CAVANAGH, J., would remand this case for an evidentiary hearing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

_____
Clerk

d0917